IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02443-PAB-KLM

FLORENCE GENEVA DAVIS,

    Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Amended <u>Unopposed</u> Motion to Amend Scheduling Order to Extend Deadline for Rebuttal Rule 26(a)(2) Disclosures by Three Days, to and Including May 14, 2010 and to Extend Discovery Cutoff to June 15, 2010** [Docket No. 20; Filed May 7, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on December 7, 2009 [Docket No. 13] is amended as follows:

- Rebuttal Expert Disclosures    **May 14, 2010**
- Discovery Deadline    **June 15, 2010**

Dated: May 10, 2010