IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02443-PAB-KLM

FLORENCE GENEVA DAVIS,

    Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order to Extend Discovery Cutoff to July 15, 2010** [Docket No. 23; Filed June 3, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on December 7, 2009 [Docket No. 13], and modified on May 10, 2010 [Docket No. 22], is further amended to extend the discovery cutoff to no later than **July 15, 2010**.

Dated: June 3, 2010